HELMSLEY-SPEAR, INC., et al., Respondents, v MICHAEL FISHMAN, as President of SEIU, et al., Appellants.

Submitted October 5, 2009; decided December 1, 2009

Reported below, 57 AD3d 455.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of KAITLYNN I., a Child Alleged to be Abused and Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; JENNIFER I., Also Known as JENNIFER M., Appellant, et al., Respondent. (And Another Proceeding.)

Submitted September 21, 2009; decided December 1, 2009

Reported below, 64 AD3d 654.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution.

In the Matter of the Claim of DEOINES MONROE, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted October 19, 2009; decided December 1, 2009

Reported below, 59 AD3d 836.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.